UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                      No. 2:21-CR-20030-001

BILLY JOE TAYLOR                                                                                       DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 104) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the information (Doc. 100). The Defendant is hereby adjudged GUILTY of those offenses. The Court tentatively approves the parties' plea agreement (Doc. 103), subject to final approval at sentencing.

IT IS SO ORDERED on this 28th day of October, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1